UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 2:04-cr-104-FtM-33UAM

LISA HARRIS
_____

**Order Regarding Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

This matter comes before the Court sua sponte in an effort to provide clarity in the record. On September 9, 2015, the United States Probation Office filed an Amendment 782 Memorandum indicating that the Defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, see USSG § 1B1.10(d) (2014). (Doc. # 185). Specifically, the Amendment 782 Memorandum indicates the Defendant is not eligible because Defendant's sentence is based on Defendant's status as a career offender. (Id.).

The Court further notes the Office of the Federal Defender filed a notice on November 16, 2015, indicating that it "cannot argue in good faith that Defendant is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines because Defendant was sentenced under the career offender guideline, and not under the drug quantity table found in USSG §

2D1.1(c)." (Doc. # 187 at ¶ 4). The Federal Defender has advised Defendant of its opinion and Defendant's right to proceed pro se. (Id. at ¶ 5).

Therefore, the Court does not grant a sentence reduction pursuant to Amendment 782. In any event, the Court notes that Defendant has received an Executive Grant of Clemency, which was filed on December 23, 2015. (Doc. # 188). Defendant's sentence now expires on April 16, 2016; the Grant of Clemency further states that it "leav[es] intact and in effect . . . the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence." (Id. at 1).

Thus:

The Court does not grant a sentence reduction pursuant to Amendment 782. The Court recognizes the Defendant has received an Executive Grant of Clemency and her sentence will expire on April 16, 2016.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of December, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2